**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**MAGISTRATE NO.: 26-MJ-5106-MAS**

**MOTION OF UNITED STATES TO UNSEAL AND SUBSTITUTE
REDACTED SEARCH WARRANT**

\* \* \* \* \*

The United States moves to unseal the search warrant and accompanying documents in the above-captioned matter. The United States moves to substitute the attached redacted warrant, application, and Attachment A into the public record due to the PII information contained in the original documents.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES
ATTORNEY

By: *s/ Emily K. Greenfield*
Emily K. Greenfield
Assistant United States
Attorney 260 W. Vine
Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4811
Emily.greenfield@usdoj.gov

# UNITED STATES DISTRICT COURT

for the
Eastern District of Kentucky

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNT kadi_skating ( ████████████ THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS INC.

)
)
)
)
)
)
)

Case No. 5:26-MJ-5106-MAS

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Threatening Interstate Communications |

The application is based on these facts:
See affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ John Z. Downing
_____
*Applicant's signature*

John Z. Downing, FBI SA
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ telephone _____ *(specify reliable electronic means)*.

Date: _____ 05/12/2026 _____

*Judge's signature*

City and state: _____ Lexington, KY _____

Matthew A. Stinnett, United States Magistrate Judge
_____
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

❏ Original ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Kentucky

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNT kadi_skating ( ▓▓▓▓▓▓▓ THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS INC.

)
)
)
)
)
)
)
)

Case No. 5:26-MJ-5106-MAS

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____May 26, 2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*     ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:     05/12/2026 9:30 am

_____
*Judge's signature*

City and state:     Lexington, Kentucky

Matthew A. Stinnett, United States Magistrate Judge
*Printed name and title*

**Return**

| Case No.:<br>5:26-MJ-5106-MAS | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with Instagram account, kadi_skating

(), that is stored at premises owned, maintained, controlled, or operated by

Meta Platforms, Inc., a company headquartered at 1 Meta Way, Menlo Park, California.