**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 26-MJ-5106-MAS**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**


**V.**                              **NOTICE OF FILING**


**KADRIOAN SERAINITY SANTIAGO**                              **DEFENDANT**

\* \* \* \* \*


The United States gives notice that the Proposed Order for the United States'

Motion to Unseal and Substitute Redacted Search Warrant is filed as an attachment with

the Clerk of Court using the CM/ECF system.



                          Respectfully Submitted,

                          JASON D. PARMAN
                          FIRST ASSISTANT UNITED STATES ATTORNEY


              By:    s/ Emily Greenfield
                     Assistant United States Attorney
                     260 W. Vine Street, Suite 300
                     Lexington, Kentucky 40507
                     (859) 685-4811
                     Emily.Greenfield@usdoj.gov


1

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I filed this document with the Clerk of the Court,

using the CM/ECF System, which will send notice of the filing to all counsel of record.

s/ Emily Greenfield
Assistant United States Attorney